UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VASQUES, | No. 2:20-cv-1361-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 24, 2020, the court issued findings and recommendations, which recommended dismissal of this action after petitioner failed to pay the filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). ECF No. 6. Thereafter, petitioner requested a "continuance." ECF No. 7. Accordingly, in an abundance of caution, the court will grant petitioner an extension of time to pay the filing fee or file an application for leave to proceed in forma pauperis.[1]

/////

/////

---

[1] If petitioner experiences a delay in obtaining a certified trust account statement, he may file a signed application for leave to proceed in forma pauperis without it. In that case, the court will order the California Department of Corrections and Rehabilitation to submit the trust account statement directly to the court.

1

Accordingly, IT IS HEREBY ORDERED that petitioner has 30 days from the date of this order to pay the filing fee or file an application for leave to proceed in forma pauperis. The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed in forma pauperis. Should petitioner fail to timely comply, the findings and recommendations will be submitted to the district judge for consideration.

DATED:  September 21, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2