UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VASQUES,<br><br>    Petitioner,<br><br>  v.<br><br>UNKNOWN,<br><br>    Respondents. | No. 2:20-cv-01361-TLN-JDP<br><br>**ORDER** |

Petitioner Daniel Vasques ("Petitioner"), a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2020, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Petitioner has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 24, 2020 (ECF No. 6), are ADOPTED IN FULL;

2. This action is DISMISSED for failure to pay the filing fee or submit a completed application to proceed in forma pauperis; and

3. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED:  November 12, 2020

Troy L. Nunley
United States District Judge